# EXHIBIT 1

5/22/2018 12:20 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-18-002510
Ruben Tamez

CAUSE NO. D-1-GN-18-002510

| | | |
|---|---|---|
| NATIVE HOSTEL AUSTIN, LLC, | § | IN THE DISTRICT COURT |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | 126TH JUDICIAL DISTRICT |
| AMAZON CORPORATE, LLC; AMAZON | § | |
| FULFILLMENT SERVICES, INC.; | § | |
| AMAZON.COM SERVICES, INC.; and | § | |
| WELLS FARGO BANK, N.A., | § | |
|    *Defendants.* | § | TRAVIS COUNTY, TEXAS |

**PLAINTIFF'S ORIGINAL PETITION**

Plaintiff NATIVE HOSTEL AUSTIN, LLC, files this Original Petition, and for cause of action pleads as follows:

**I.**
**DISCOVERY CONTROL PLAN**

1. This case will be governed by Level 2 discovery pursuant to Rule 190.3 of the Texas Rules of Civil Procedure.

**II.**
**PARTIES**

2. Plaintiff NATIVE HOSTEL AUSTIN, LLC, is a Texas limited liability company.

3. Defendant WELLS FARGO BANK, N.A., is a foreign financial institution and may be served with citation via its registered agent, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218 USA.

4. Defendant AMAZON CORPORATE, LLC, is a Delaware limited liability company and may be served with citation via its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218 USA.

5. Defendant AMAZON FULFILLMENT SERVICES, INC. is a Delaware

corporation, and may be served with citation via its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218 USA.

6. Defendant AMAZON.COM SERVICES, INC. is a Delaware corporation, and may be served with citation via its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218 USA.

## III.
## JURISDICTION AND VENUE

7. The Court has jurisdiction over the parties and subject matter of this case. Venue is proper in Travis County, Texas, because a substantial part of the acts or omissions giving rise to the claim occurred in Travis County, Plaintiff's principal office is in Travis County, and/or under Section 15.0115. TEX. CIV. PRAC. & REM. CODE §§ 15.002, 15.0115.

## IV.
## BACKGROUND

8. Native and Amazon Corporate, LLC, entered into a License Agreement in December 2017 (the "License Agreement") that provided Amazon with a license to enter and use the Native Hostel property in Austin, Texas, for one or more South by Southwest events. According to public filings in Delaware, Amazon Corporate, LLC, was merged with and into Amazon Fulfillment Services, Inc., effective January 1, 2018. According to public filings in Texas, Amazon Fulfillment Services, Inc. has amended its legal name to be Amazon.com Services, Inc., effective January 12, 2018. The Amazon defendants will be collectively referred to herein as "Amazon."

9. The License Agreement provided for a fee payable in four installments. The License Agreement also provided Amazon a right to cancel the License under certain conditions,

in which case any fee "that has been paid or was required hereunder to have been paid as of such cancellation to [Native] will be forfeited and/or paid to [Native]."

10. Amazon paid the second payment of $132,500 via ACH transfer on December 18, 2017. The payment was transferred from Amazon's account at Wells Fargo to Native's account at PlainsCapital.

11. Amazon provided email notice of cancellation of the License Agreement on December 29, 2017.

12. Although the License Agreement provided that all payments made prior to cancellation would be retained by Native, Amazon requested that Native agree to return the second payment. Native did not consent to such return.

13. Amazon then collaborated with its bank, Wells Fargo, to effect the transmission of a fax to PlainsCapital stating:

| To | PLAINSCAPITAL BANK | Fax | 877-391-2794 |
|---|---|---|---|
| From | Wells Fargo Bank, N.A. | Attn | ACH DEPARTMENT |
| Subject | Letter of Indemnity | Date | 01/08/2018 |

We have been notified that the following ACH transaction was sent to you in error. Please consider this letter as your authorization to return the item(s) to us using the return code R06 (per ODFI).

14. According to the Operating Rules of NACHA – The Electronic Payments Association, return code "R06" signifies that "The ODFI [Wells Fargo] has requested that the RDFI [PlainsCapital] return an Erroneous Entry, or a credit Entry originated without the authorization of the Originator [Amazon]."

15. The NACHA rules further define an "Erroneous Entry" as an Entry (i.e., a transfer) that either (a) is a duplicate of an Entry previously initiated by the Originator or ODFI, (b) orders payment to or from a Receiver different than the Receiver intended to be credited or

3

{W0790544.1}

debited by the Originator, or (c) orders payment in a dollar amount different than was intended by the Originator.

16. None of these criteria applies to the December 18 transfer, and thus Defendants' representation that NACHA return code R06 was applicable to the December 18 transfer was false.

## V.
## BREACH OF CONTRACT—AMAZON

17. Native and Amazon entered into a binding contract as described above. Amazon breached the contract as described above, including the provision that all payments made prior to cancelation would be retained by Native. Native seeks recovery of all damages caused by Amazon's breaches.

18. All conditions precedent have been performed or have occurred.

## VI.
## FRAUD—AMAZON AND WELLS FARGO

19. Defendants made material false representations as discussed above including without limitation that NACHA error code R06 was applicable to the December 18 transfer. Defendants knew the representations were false when made (or alternatively made the representations recklessly as positive assertions without knowledge establishing the truth of the representations), and Defendants made these false representations with the intent that Plaintiff and/or PlainsCapital rely on them.

20. PlainsCapital relied on these misrepresentations, including in authorizing the return transfer, and Plaintiff was thereby injured. Plaintiff seeks recovery of all damages caused thereby.

## VII.
## ATTORNEYS' FEES

21. Plaintiff requests an award of court costs and reasonable and necessary attorneys' fees under TEX. CIV. PRAC. & REM. CODE Chapter 38. Plaintiff, represented by counsel, made a presentment of claim and the amount owed has not been paid.

## VIII.
## RULE 47 STATEMENT

22. Plaintiff seeks monetary relief over $100,000 but not more than $200,000.

## IX.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that after a final trial on the merits the Court enter a judgment in favor of Plaintiff and against Defendants awarding Plaintiff all of its damages, attorneys' fees, costs of court, pre-judgment and post-judgment interest, and any such other and further relief to which it may be entitled in law or in equity.

Respectfully submitted,

_____
**ANDREW F. YORK**
State Bar No. 24066318
ayork@abaustin.com
**ARMBRUST & BROWN, PLLC**
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300 – telephone
(512) 435-2360 – facsimile

ATTORNEYS FOR PLAINTIFF

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____  COURT *(FOR CLERK USE ONLY)*: _____

STYLED <u>NATIVE HOSTEL AUSTIN, LLC V. AMAZON CORPORATE, LLC, ET AL.</u>
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>Andrew F. York | Email:<br>ayork@abaustin.com | Plaintiff(s)/Petitioner(s):<br><br>Native Hostel Austin, LLC | ☒ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address:<br>100 Congress Ave., Suite 1300 | Telephone:<br>512-435-2387 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br>Austin, TX 78701 | Fax:<br>512-435-2360 | Defendant(s)/Respondent(s):<br><br>Amazon Corporate, LLC | Custodial Parent: |
| Signature:<br><br>/s/ ayork | State Bar No:<br>24066318 | Amazon Fulfillment Services, Inc.<br>Amazon.com Services, Inc.<br>Wells Fargo Bank, N.A. | Non-Custodial Parent:<br><br>Presumed Father: |
| | | [Attach additional page as necessary to list all parties] | |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| *Civil* | | | *Family Law* | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☒ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract: _____<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: _____ | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>  ☐ Accounting<br>  ☐ Legal<br>  ☐ Medical<br>  ☐ Other Professional Liability: _____<br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>  ☐ Asbestos/Silica<br>  ☐ Other Product Liability List Product: _____<br>☐ Other Injury or Damage: _____ | ☐ Eminent Domain/Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>  ☐ With Children<br>  ☐ No Children | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order |
| | | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
| | | ☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—Pre-indictment<br>☐ Other: _____ | ☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: _____ | ☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Paternity/Parentage<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: _____ |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: _____ | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ | | |
| **Tax** | *Probate & Mental Health* | | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>  ☐ Dependent Administration<br>  ☐ Independent Administration<br>  ☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ | | |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☒ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought *(do no select if it is a family law case)*:**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorneys fees
☐ Less than $100,000 and non-monetary relief
☒ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13