# EXHIBIT 2

```
                              C I T A T I O N                    Filed in The District Court
                         T H E   S T A T E   O F   T E X A S      of Travis County, Texas
                         CAUSE NO. D-1-GN-18-002510
                                                                  MAY 2 5 2018   JC
                                                               At    2:04 P. M.
  NATIVE HOSTEL AUSTIN, INC.                                   Velva L. Price, District Clerk
                                                                                   , Plaintiff
     vs.
  AMAZON CORPORATE, LLC; AMAZON FULFILLMENT SERVICES, INC; AMAZON.COM SERVICES,
  INC AND WELLS FARGO BANK, N.A.                                                   , Defendant


  TO:  AMAZON CORPORATE,LLC
       BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
       D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY
       211 E. 7TH STREET #620
       AUSTIN, TEXAS 78701-3218

  Defendant, in the above styled and numbered cause:

  YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written
  answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the
  expiration of twenty days after you were served this citation and petition, a default judgment may
  be taken against you.

  Attached is a copy of the PLAINTIFFS ORIGINAL PETITION  of the PLAINTIFF in the above styled and
  numbered cause, which was filed on MAY 22, 2018 in the 126TH JUDICIAL DISTRICT COURT of Travis
  County, Austin, Texas.

  ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, May 24, 2018.

  REQUESTED BY:
  ANDREW FARISH YORK
  100 CONGRESS AVE STE 1300
  AUSTIN, TX 78701-2744                                 Velva L. Price
  BUSINESS PHONE:(512)435-2300   FAX:(512)435-2360      Travis County District Clerk
                                                       Travis County Courthouse
                                                       1000 Guadalupe, P.O. Box 679003 (78767)
                                                       Austin, TX 78701

                                                       PREPARED BY: RUBEN TAMEZ
  -- - -- - -- - -- - -- - -- - -- R E T U R N -- - -- - -- - -- - -- - --
  Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and
  executed at _____ within the County of
  _____ on the _____ day of _____, _____, at _____ o'clock ____M.,
  by delivering to the within named _____, each
  in person, a true copy of this citation together with the PLAINTIFFS ORIGINAL PETITION, LAWYER
  REFERRAL accompanying pleading, having first attached such copy of such citation to such copy of
  pleading and endorsed on such copy of citation the date of delivery.

  Service Fee: $ _____
                                                       _____
                                                       Sheriff / Constable / Authorized Person
  Sworn to and subscribed before me this the

                                              SERVICE RETURN ATTACHED
  _____ day of _____, _____.
                                                       Printed Name of Server
                                                       AUSTIN PROCESS, LLC
                                                       809 NUECES
  _____            AUSTIN, TX 78701           County, Texas
  Notary Public, THE STATE OF TEXAS

  D-1-GN-18-002510                        SERVICE FEE NOT PAID              P01 - 000064987
   ☐ Original          ☐ Service Copy
```

# AFFIDAVIT OF SERVICE

**State of Texas**  **County of Travis**  **126th Judicial District Court**

Case Number: D-1-GN-18-002510

Plaintiff:
**Native Hostel Austin, Inc.**

vs.

Defendant:
**Amazon Cororate, LLC, Amazon Fulfillment Services, Inc., Amazon.com Services, Inc. and Wells Fargo Bank, N.A.**

For:
Armbrust & Brown, PLLC
100 Congress
Ste 1300
Austin, TX 78701

Received by Austin Process LLC on the 24th day of May, 2018 at 10:45 am to be served on **Amazon Corporate, LLC by serving its Regsitered Agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Ste. 620, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **24th day of May, 2018 at 2:20 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Citation and Plaintiff's Original Petition** with the date of service endorsed thereon by me, to: **Vanessa Hernandez, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company** as **Authorized Agent** at the address of: **211 E. 7th Street, Ste. 620, Austin, Travis County, TX 78701** on behalf of **Amazon Corporate, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 24th day of May, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. HYBNER
My Notary ID # 129086987
Expires August 9, 2020

Mike Techow
PSC-1215, Exp. 7/31/20

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2018005164
Ref: Native Hostel Austin

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1e