# EXHIBIT 3


# CITATION
## THE STATE OF TEXAS
### CAUSE NO. D-1-GN-18-002510

**Filed In The District Court of Travis County, Texas**
MAY 2 5 2018 JC
At 2:04 P.M.
Velva L. Price, District Clerk

NATIVE HOSTEL AUSTIN, INC.                                      , Plaintiff

vs.

AMAZON CORPORATE, LLC; AMAZON FULFILLMENT SERVICES, INC; AMAZON.COM SERVICES,
INC AND WELLS FARGO BANK N.A.                                   , Defendant


TO:  AMAZON FULFILLMENT SERVICES, INC
     BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
     D/B/D CSC-LAWYERS INCORPORATING SERVICE COMPANY
     211 E. 7TH STREET #620
     AUSTIN, TEXAS 78701-3218

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Attached is a copy of the <u>PLAINTIFFS ORIGINAL PETITION</u> of the <u>PLAINTIFF</u> in the above styled and numbered cause, which was filed on <u>MAY 22, 2018</u> in the <u>126TH JUDICIAL DISTRICT COURT</u> of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, <u>May 24, 2018</u>.

REQUESTED BY:
ANDREW FARISH YORK
100 CONGRESS AVE STE 1300
AUSTIN, TX 78701-2744
BUSINESS PHONE:(512)435-2300  FAX:(512)435-2360

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: RUBEN TAMEZ

--- RETURN ---

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and executed at _____ within the County of _____ on the _____ day of _____, _____, at _____ o'clock ____M., by delivering to the within named _____, each in person, a true copy of this citation together with the <u>PLAINTIFFS ORIGINAL PETITION, LAWYER REFERRAL</u> accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____,

                                              Sheriff / Constable / Authorized Person
                                              By: _____

SERVICE RETURN ATTACHED

                                              AUSTIN PROCESS, LLC
                                              809 NUECES
                                              AUSTIN, TX 78701
                                                                  County, Texas

Notary Public, THE STATE OF TEXAS

D-1-GN-18-002510                        SERVICE FEE NOT PAID           P01 - 000064989
☐ Original    ☐ Service Copy

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Texas | County of Travis | 126th Judicial District Court |

Case Number: D-1-GN-18-002510

Plaintiff:
**Native Hostel Austin, Inc.**

vs.

Defendant:
**Amazon Cororate, LLC, Amazon Fulfillment Services, Inc., Amazon.com Services, Inc. and Wells Fargo Bank, N.A.**

For:
Armbrust & Brown, PLLC
100 Congress
Ste 1300
Austin, TX 78701

Received by Austin Process LLC on the 24th day of May, 2018 at 10:45 am to be served on **Amazon Fulfillment Services, Inc. by serving its Regsitered Agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Ste. 620, Austin, Travis County, TX 78701.**

I, Mike Techow, being duly sworn, depose and say that on the **24th day of May, 2018 at 2:20 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Citation and Plaintiff's Original Petition** with the date of service endorsed thereon by me, to: **Vanessa Hernandez, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company** as **Authorized Agent** at the address of: **211 E. 7th Street, Ste. 620, Austin, Travis County, TX 78701** on behalf of **Amazon Fulfillment Services, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 24th day of May, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. HYBNER
My Notary ID # 129086987
Expires August 9, 2020

Mike Techow
PSC-1215, Exp. 7/31/20

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2018005167
Ref: Native Hostel Austin

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1e