# EXHIBIT 7

# TRAVIS COUNTY District Clerk
## DMS Case Document List

**Cause Number: d-1-gn-18-002510**

| File Date | Category | Description | Additional Info |
|---|---|---|---|
| 5/22/2018 | TDC - Civil - Pleading | ORIGINAL PETITION/APPLICATION | PLAINTIFFS ORIGINAL PETITION |
| 5/24/2018 | TDC - Civil - Issuance | ISS:CITATION | FORM NUMBER P01-64990 ISSUED BY RUBEN TAMEZ (4701) ISS:CITATION E-WRIT ISSUANCE SENT TO PRIVATE PROCESSOR/ATTORNEY SENT TO AUSTIN PROCESS |
| 5/24/2018 | TDC - Civil - Issuance | ISS:CITATION | FORM NUMBER P01-64987 ISSUED BY RUBEN TAMEZ (4701) ISS:CITATION E-WRIT ISSUANCE SENT TO PRIVATE PROCESSOR/ATTORNEY SENT TO AUSTIN PROCESS |
| 5/24/2018 | TDC - Public | ISS:CITATION | FORM NUMBER P01-64987 ISSUED BY RUBEN TAMEZ (4701) ISS:CITATION E-WRIT ISSUANCE SENT TO PRIVATE PROCESSOR/ATTORNEY SENT TO AUSTIN PROCESS |
| 5/24/2018 | TDC - Public | ISS:CITATION | FORM NUMBER P01-64989 ISSUED BY RUBEN TAMEZ (4701) ISS:CITATION E-WRIT ISSUANCE SENT TO PRIVATE PROCESSOR/ATTORNEY SENT TO AUSTIN PROCESS |
| 5/24/2018 | TDC - Public | ISS:CITATION | FORM NUMBER P01-64990 ISSUED BY RUBEN TAMEZ (4701) ISS:CITATION E-WRIT ISSUANCE SENT TO PRIVATE PROCESSOR/ATTORNEY SENT TO AUSTIN PROCESS |
| 5/24/2018 | TDC - Public | ISS:CITATION | FORM NUMBER P01-64988 ISSUED BY RUBEN TAMEZ (4701) ISS:CITATION E-WRIT ISSUANCE SENT TO PRIVATE PROCESSOR/ATTORNEY SENT TO AUSTIN PROCESS |
| 5/24/2018 | TDC - Civil - Issuance | ISS:CITATION | FORM NUMBER P01-64989 ISSUED BY RUBEN TAMEZ (4701) ISS:CITATION E-WRIT ISSUANCE SENT TO PRIVATE PROCESSOR/ATTORNEY SENT TO AUSTIN PROCESS |
| 5/24/2018 | TDC - Civil - Issuance | ISS:CITATION | FORM NUMBER P01-64988 ISSUED BY RUBEN TAMEZ (4701) ISS:CITATION E-WRIT ISSUANCE SENT TO PRIVATE PROCESSOR/ATTORNEY SENT TO AUSTIN PROCESS |
| 5/25/2018 | TDC - Civil - Issuance | EXECUTED SERVICE | CITATION-WELLS FARGO BANK, N.A. |
| 5/25/2018 | TDC - Civil - Issuance | EXECUTED SERVICE | CITATION-AMAZON.COM SERVICES, INC. |

**TRAVIS COUNTY District Clerk**
**DMS Case Document List**

Cause Number: d-1-gn-18-002510

| File Date | Category | Description | Additional Info |
|---|---|---|---|
| 5/25/2018 | TDC - Public | EXECUTED SERVICE | CITATION-AMAZON FULFILLMENT SERVICES, INC. |
| 5/25/2018 | TDC - Public | EXECUTED SERVICE | CITATION-AMAZON.COM SERVICES, INC. |
| 5/25/2018 | TDC - Public | EXECUTED SERVICE | CITATION-AMAZON CORPORATE, LLC |
| 5/25/2018 | TDC - Public | EXECUTED SERVICE | CITATION-WELLS FARGO BANK, N.A. |
| 5/25/2018 | TDC - Civil - Issuance | EXECUTED SERVICE | CITATION-AMAZON CORPORATE, LLC |
| 5/25/2018 | TDC - Civil - Issuance | EXECUTED SERVICE | CITATION-AMAZON FULFILLMENT SERVICES, INC. |
| 6/15/2018 | TDC - Civil - Answer | ORIGINAL ANSWER | DEFENDANTS' ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION |