# EXHIBIT 10

C I T A T I O N

T H E  S T A T E  O F  T E X A S

**CAUSE NO. D-1-GN-18-002510**

NATIVE HOSTEL AUSTIN, INC.
, Plaintiff
vs.
AMAZON CORPORATE, LLC; AMAZON FULFILLMENT SERVICES, INC; AMAZON.COM SERVICES,
INC AND WELLS FARGO BANK N.A.
, Defendant

TO:   AMAZON.COM SERVICES, INC
      BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
      D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY
      211 E. 7TH STREET #620
      AUSTIN, TEXAS 78701-3218

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the PLAINTIFFS ORIGINAL PETITION of the PLAINTIFF in the above styled and numbered cause, which was filed on MAY 22, 2018 in the 126TH JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, May 24, 2018.

REQUESTED BY:
ANDREW FARISH YORK
100 CONGRESS AVE STE 1300
AUSTIN, TX 78701-2744
BUSINESS PHONE:(512)435-2300   FAX:(512)435-2360

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX  78701

PREPARED BY: RUBEN TAMEZ

-- R E T U R N --

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and executed at _____ within the County of _____ on the _____ day of _____, _____, at _____ o'clock ____M., by delivering to the within named _____, each in person, a true copy of this citation together with the PLAINTIFFS ORIGINAL PETITION, LAWYER REFERRAL accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____, _____.

_____
Sheriff / Constable / Authorized Person

By:_____

_____
Printed Name of Server

_____
Notary Public, THE STATE OF TEXAS

_____ County, Texas

D-1-GN-18-002510                       SERVICE FEE NOT PAID                       P01 - 000064990
☐ Original      ☐ Service Copy