UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

NATIVE HOSTEL AUSTIN, LLC
v.

Civil No.  1:18-CV-524-LY

AMAZON CORPORATE, LLC ET AL

### ORDER

The above captioned cause, having been removed to this Court on ___June 22, 2018___ from the ___126th Judicial District Court of Travis County, Texas,___ and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary;

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 22nd day of June, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE